AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

CAMILLE CLARK,

    Petitioner,       JUDGMENT IN A CIVIL CASE
V.

                                     CASE NUMBER:  **3:07-CV-00490-RCJ-RAM**

McDANIEL, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED IN ITS ENTIRETY.**
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  February 25, 2011                                              **LANCE S. WILSON**
                                                                                                  Clerk

                                                                                           /s/ D. R. Morgan
                                                                                          Deputy Clerk